IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **:** CHAPTER 11 |
| | **:** |
| DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY, INC.,[1] | **:** NO. 09-10876 KG |
| | **:** |
| | **:** Jointly Administered |
| Debtor. | **:** |

## NOTICE OF APPEAL

Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. ("SIST"), U.S. Acquisitions & Oil, Inc. ("USA&O"), Midwest Oil of Wisconsin, LLC, Midwest Oil of Minnesota, LLC, Midwest Oil of Shawano, LLC, Midwest Properties of Shawano, LLC, and Midwest Hotels & Motels, LLC (collectively, the "Appellants"), appeal under 28 U.S.C. § 158(a) from the "Order of Dismissal" of the Bankruptcy Judge in regards to the above-captioned jointly-administered bankruptcy case, entered on the 22nd day of September, 2009 (D.I. No. 283).

The names of all parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. <u>Appellants' Counsel</u>

Robert K. Beste, Jr. (DE Bar ID No. 154)
Steven D. Usdin (PA Bar ID No. 36381)
Nella M. Bloom (PA Bar ID No. 204366)
Cohen, Seglias, Pallas, Greenhall & Furman, P.C.
Nemours Building, 1007 Orange Street, Suite 1130
Wilmington, DE 19801
Telephone: 302.425.5089
Facsimile: 302.425.5097
Email: rbeste@cohenseglias.com

---

[1] Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. (Federal Tax ID No. 39-1785920), U.S. Acquisitions & Oil, Inc. (Federal Tax ID No. 20-4126763), Midwest Oil of Wisconsin, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Minnesota, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Shawano, LLC (Federal Tax ID No. 39-1785920), Midwest Properties of Shawano, LLC (Federal Tax ID No. 39-1785920), and Midwest Hotels & Motels of Shawano, LLC (Federal Tax ID No. 39-1785920) have requested joint administration of their Chapter 11 cases. The business address for all of these entities is 1206 East Green Bay Street, Shawano, Wisconsin 54166.

    susdin@cohenseglias.com
    nbloom@cohenseglias.com

    2.    <u>United States Trustee</u>

Office of the U.S. Trustee
Joseph J. McMahon, Jr., Trial Attorney
844 King Street, Suite 2207
Wilmington, DE 19801
Telephone: 302.573.6491
Facsimile: 302.573.6497

    Respectfully submitted,

Dated: October 2, 2009    COHEN, SEGLIAS, PALLAS,
    GREENHALL & FURMAN, P.C.

       /s/ Robert K. Beste, Jr.
    Robert K. Beste, Jr. (DE Bar ID No. 154)
    Steven D. Usdin (PA Bar ID No. 36381)
    Nella M. Bloom (PA Bar ID No. 204366)
    Nemours Building, 1007 Orange Street, Suite 1130
    Wilmington, DE 19801
    Tel: 302.425.5089
    Facsimile: 302.425.5097
    Email:  rbeste@cohenseglias.com
          susdin@cohenseglias.com
          nbloom@cohenseglias.com
    *Attorneys for the Appellants / Debtors and*
    *Debtors in Possession*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY, INC.,[1] | : | NO. 09-10876 KG |
| | : | |
| | : | Jointly Administered |
| Debtor. | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEAL**

I, Robert K. Beste, Jr., Esquire, hereby certify that on the 2nd day of October, 2009, a true and correct copy of the foregoing *NOTICE OF APPEAL* was served by upon:

> Office of the U.S. Trustee
> Joseph J. McMahon, Jr., Trial Attorney
> 844 King Street, Suite 2207
> Wilmington, DE 19801
> (HAND DELIVERY)
>
> The Honorable Kevin Gross
> United States Bankruptcy Judge
> for the District of Delaware
> 824 North Market Street, 6th Floor
> Wilmington, DE 19801
> (HAND DELIVERY)

Dated: October 2, 2009

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

/s/ Robert K. Beste, Jr.
Robert K. Beste, Jr. (DE Bar ID No. 154)
Steven D. Usdin (PA Bar ID No. 36381)
Nella M. Bloom (PA Bar ID No. 204366)
Nemours Building, 1007 Orange Street, Suite 1130
Wilmington, DE 19801
Tel: 302.425.5089
Facsimile: 302.425.5097
Email:   rbeste@cohenseglias.com

---

[1] Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. (Federal Tax ID No. 39-1785920), U.S. Acquisitions & Oil, Inc. (Federal Tax ID No. 20-4126763), Midwest Oil of Wisconsin, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Minnesota, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Shawano, LLC (Federal Tax ID No. 39-1785920), Midwest Properties of Shawano, LLC (Federal Tax ID No. 39-1785920), and Midwest Hotels & Motels of Shawano, LLC (Federal Tax ID No. 39-1785920) have requested joint administration of their Chapter 11 cases. The business address for all of these entities is 1206 East Green Bay Street, Shawano, Wisconsin 54166.

                                                susdin@cohenseglias.com
                                               nbloom@cohenseglias.com

*Attorneys for the Appellants /Debtors and Debtors in Possession*