IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY, INC.,[1] | : | NO. 09-10876 KG |
| | : | Jointly Administered |
| Debtor. | : | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. ("SIST"), U.S. Acquisitions & Oil, Inc. ("USA&O"), Midwest Oil of Wisconsin, LLC, Midwest Oil of Minnesota, LLC, Midwest Oil of Shawano, LLC, Midwest Properties of Shawano, LLC, and Midwest Hotels & Motels, LLC (collectively, the "Appellants"), hereby file, pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule of Bankruptcy Procedure 8006-1, a Designation of the Items to be Included in the Record on Appeal (the "Designation").

The Designated items are:

1. The Order scheduling a hearing for September 21, 2009
   (dated 9/16/2009; D.I. No. 283)

2. The Order of Dismissal
   (dated 9/22/2009; D.I. No. 291)

3. The Transcript of the hearing on September 21, 2009
   (dated 10/9/2009; D.I. No. 300)

---

[1] Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. (Federal Tax ID No. 39-1785920), U.S. Acquisitions & Oil, Inc. (Federal Tax ID No. 20-4126763), Midwest Oil of Wisconsin, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Minnesota, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Shawano, LLC (Federal Tax ID No. 39-1785920), Midwest Properties of Shawano, LLC (Federal Tax ID No. 39-1785920), and Midwest Hotels & Motels of Shawano, LLC (Federal Tax ID No. 39-1785920) have requested joint administration of their Chapter 11 cases. The business address for all of these entities is 1206 East Green Bay Street, Shawano, Wisconsin 54166.

Respectfully submitted,

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.


    /s/ Robert K. Beste, Jr.
Robert K. Beste, Jr., Esquire (DE Bar ID No. 154)
Steven D. Usdin, Esquire (PA Bar ID No. 36381)
Nella M. Bloom, Esquire (PA Bar ID No. 204366)
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
(302) 425-5089
Facsimile:  (302) 425-5097
Email:  rbeste@cohenseglias.com
        susdin@cohenseglias.com
        nbloom@cohenseglias.com
*Attorneys for the Appellants / Debtors and Debtors- in-Possession*

DATED:    October 13, 2009