IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | CHAPTER 11 |
|---|---|---|
| | : | |
| DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY, INC.,[1] | : | NO. 09-10876 KG |
| | : | |
| | : | Jointly Administered |
| Debtor. | : | |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. ("SIST"), U.S. Acquisitions & Oil, Inc. ("USA&O"), Midwest Oil of Wisconsin, LLC, Midwest Oil of Minnesota, LLC, Midwest Oil of Shawano, LLC, Midwest Properties of Shawano, LLC, and Midwest Hotels & Motels, LLC (collectively, the "Appellants"), hereby file this Statement of the Issues to be Presented on Appeal (the "Statement").

The issues to be presented on appeal are as follows:

1.   Did the Court commit reversible error by dismissing the above-captioned jointly-administered bankruptcy case (the "Case") during the period of exclusivity?

2.   Did the Court commit reversible error by basing its decision to dismiss on the Debtors' failure to file tax returns after the date of the order for relief, when no tax returns were due during the pendency of the Chapter 11 case?

3.   Did the Court commit reversible error by failing to give notice of the subject matter of the Rule to Show Cause hearing which occurred on September 21, 2009?

4.   Did the Court commit reversible error by basing its decision on assertions not of record in the Case?

---

[1]   Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. (Federal Tax ID No. 39-1785920), U.S. Acquisitions & Oil, Inc. (Federal Tax ID No. 20-4126763), Midwest Oil of Wisconsin, LLC (Federal Tax ID No. 39-1785920), Midwest Oil of Minnesota, LLC (Federal Tax ID No. 39-1785920),  Midwest Oil of Shawano, LLC (Federal Tax ID No. 39-1785920), Midwest Properties of Shawano, LLC (Federal Tax ID No. 39-1785920), and Midwest Hotels & Motels of Shawano, LLC (Federal Tax ID No. 39-1785920) have requested joint administration of their Chapter 11 cases.  The business address for all of these entities is 1206 East Green Bay Street, Shawano, Wisconsin 54166.

     5.   Did the Court commit reversible error by basing its decision on the Monthly Operating Reports filed by the Appellants in the Case?

     6.   Did the Court commit reversible error by abusing its discretion, and dismissing the Case:

     (a)  By basing its decision on the Debtors' pre-petition sale opportunities?

     (b)  By basing its decision on the oral motion of the U.S. Trustee to dismiss, when the Debtors had no prior notice of the U.S. Trustee's intent to make such an oral motion?

     (c)  By basing its decision on the cash management of a non-debtor entity?

     (d)  By basing its decision on the Debtors' alleged failure to make progress in the Case?

Respectfully Submitted,

COHEN, SEGLIAS, PALLAS,
GREENHALL & FURMAN, P.C.

    /s/ Robert K. Beste, Jr.
Robert K. Beste, Jr., Esquire (DE Bar ID No. 154)
Steven D. Usdin, Esquire (PA Bar ID No. 36381)
Nella M. Bloom, Esquire (PA Bar ID No. 204366)
Nemours Building, Suite 1130
1007 North Orange Street
Wilmington, DE 19801
(302) 425-5089
Facsimile: (302) 425-5097
Email: rbeste@cohenseglias.com
       susdin@cohenseglias.com
       nbloom@cohenseglias.com
*Attorneys for the Appellants / Debtors and Debtors- in-Possession*

DATED:    October 13, 2009