6774 Market St    ☎ 610.734.0750

Upper Darby, PA   ☏ 610.734.1255

19082 - 2432      🌐 realworldlaw.com

RealWorld Law, PC

November 12, 2009

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lockbox 19
Wilmington, DE  19801

> RE:   In re R.C. Samanta Institute of Science and Technology, Inc., et. al.
>       United States District Court for the District of Delaware
>       No. 09-CV-789(GMS)

Dear Judge Sleet:

Our office represents the interests of Vermillion State Bank, NA ("Vermillion") in this appeal from the Bankruptcy Court docketed on October 23, 2009. Vermillion is a secured creditor to appellant Midwest Oil of Minnesota ("MOMN"), a part of the above captioned consolidated matter, and has litigated a relief from stay action before Judge Gross. An evidentiary hearing was held on September 14, 2009 which extended in the following day. The evidentiary hearing had closed when Judge Gross, *sua sponte*, issued an order for a Rule to Show Cause why the bankruptcy cases should not be dismissed or, in the alternative, why a Chapter 11 Trustee should not be appointed. (September 16th, 2009 Order) The bankruptcy court's action was later joined by the U. S. Trustee on September 21st in open court.

Following an evidentiary hearing on September 21, 2009, Judge Gross, on September 22, 2009, issued his Order dismissing the Bankruptcy cases. Debtors' appeal followed. On October 26, 2009, Your Honor issued an Order extending the 7-day stay issued by the bankruptcy court "until further notice."

Vermillion has sought relief from the stay from their entry into bankruptcy litigation. It should be noted by Your Honor that the property comprising the security for MOMN's loans have been non-operating and vacant for several years. Moreover, by testimony of MOMN, MOMN had not considered a substantial offer for the property's purchase. With the market value of the property significantly below the outstanding debt secured by the real estate, Vermillion suffers additional harm for each day the stay remains in effect.

916 N Union St #2   ☎ 302.225.8340

Wilmington, DE      ☏ 302.225.8339

19805               🌐 realworldlaw.com

Admitted in Pennsylvania, Delaware, New Jersey and the District of Columbia

The Honorable Gregory M. Sleet
November 12, 2009
Page 2

Based upon the foregoing, Vermillion respectfully requests this Court take up, on the merits, the matter of the stay pending appeal in an expeditious manner as to its secured interest in property that has been vacant for an extended period of time.

Thank you for your attention to this matter. Should you have any questions, we are at Your Honor's disposal.

Sincerely,
REAL WORLD LAW, PC
 /s/ Glenn A. Brown
GLENN A. BROWN, DMD, ESQUIRE
Attorney for Secured Creditor,
Vermillion State Bank, NA

GAB/mjp

cc:     via e-mail
            Joseph J. McMahon, Jr., US Trustee
            Steven D. Usdin, Esq.
            Robert K. Beste, Jr., Esq.