IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| DR. R. C. SAMANTA ROY INSTITUTE OF | ) | Case No. 09-10876 (KG) |
| SCIENCE & TECHNOLOGY, INC. , et al. | ) | |
| | ) | |
| DR. R. C. SAMANTA ROY INSTITUTE OF | ) | |
| SCIENCE & TECHNOLOGY, INC. , | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 09-789-GMS |
| | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| Appellee. | ) | |

## **ORDER**

1. After having considered the appellants' motion to stay pending appeal (D.I. 46), the appellee Green Mountain Finance Fund LLC's objections (D.I. 49), the standard of review, and the applicable law, IT IS HEREBY ORDERED that the appellants' motion to stay (D.I. 46) is DENIED.

2. On October 19, 2009, the Bankruptcy Court granted an interim stay pending appeal of its September 22, 2009 Order of Dismissal. On October 26, 2009, this court ordered that the Bankruptcy Court's interim stay pending appeal be extended indefinitely. On May 25, 2010, the court affirmed the Bankruptcy Court's order of dismissal. On May 27, the debtor-appellants moved to extend the stay further, pending its appeal to the Third Circuit.

3.  The test for the appropriateness of a stay pending appeal is the same as that for a

preliminary injunction. *See, e.g.*, *In re Delaware & Hudson Railway Co.*, 90 B.R. 90, 91

(Bankr. D. Del., 1988).  Given the bankruptcy court's well-supported finding of gross

mismanagement on the part of the debtor, the court finds it likely that creditors will suffer

irreparable harm if the stay were extended further.  Furthermore, the court finds that the

appellants' likelihood of success on the merits is low, for the reasons stated in its May 25,

2010 order, in the Bankruptcy Court's September 22, 2009 Order of Dismissal, and in the

Bankruptcy Court's October 19, 2009 order granting the limited stay pending the instant

appeal (see USBK/DE, 09-10876, D.I. 306).  Under these circumstances, granting yet

another extension of the stay would be contrary to the public interest.

6/7/10

CHIEF, UNITED STATES DISTRICT JUDGE

2